USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO AYALA DE JESUS, *on behalf of himself and all others similarly situated*, and FREDY SALUSTIO FLORES, *on behalf of himself and all others similarly situated*,

                      Plaintiffs,

v.

P&N CUISINE INC, *doing business as* Thai Select, and NIMNUAL LIKITUARIN,

                      Defendants.

20-CV-3619 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiffs filed their Complaint with this Court on May 8, 2020, Dkt. 1, and summons were issued on May 19, 2020, Dkts 7-8. Plaintiffs, however, do not appear to have served the Complaint or summons on Defendants. It is hereby:

ORDERED that Plaintiffs submit a letter to the Court by August 25, 2020 explaining why they failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiffs believe that Defendants have been served, explaining when and in what manner such service was made.

IT IS FURTHER ORDERED that if the Court does not receive a letter by August 25, 2020 showing good cause why such service was not made within the 90 days, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     August 18, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge