UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-30-20
```

FRANCISCO AYALA DE JESUS, *on behalf of himself and all others similarly situated*, and FREDY SALUSTIO FLORES, *on behalf of himself and all others similarly situated*,

       Plaintiffs,

v.

P&N CUISINE INC, *doing business as* Thai Select, and NIMNUAL LIKITUARIN,

       Defendants.

No. 20-CV-3619 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On August 19, 2020, Plaintiffs filed an affidavit of service stating that Defendant P&N Cuisine was served on May 21, 2020. On October 1, 2020, Plaintiffs filed an affidavit of service stating that Defendant Likituarin was served on September 30, 2020. P&N Cuisine's answer was due on June 11, 2020, and Likituarin's answer was due on October 21, 2020. Neither Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by November 20, 2020. If Defendants fail to do so, and Plaintiffs intends to move for default judgment, they shall do so by December 4, 2020.

  Plaintiffs shall serve a copy of this Order on Defendants by November 6, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated: October 30, 2020
    New York, New York

                   Ronnie Abrams
                   United States District Judge