UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
FRANCISCO AYALA DE JESUS and FREDY :
SALUSTIO FLORES, *individually and on* :
*behalf of others similarly situated*, :
 :
                    Plaintiffs, :                ORDER
 :
   -against- :         20-CV-3619 (RA)(KNF)
 :
P&N CUISINE INC. (D/B/A THAI SELECT) :
and NIMNUAL LIKITUARIN, :
 :
                    Defendants. :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       This case has been referred to the undersigned for an inquest in order to determine the amount of damages and attorneys' fees, if any, that should be awarded to the plaintiffs against the defendants.

       Accordingly, IT IS HEREBY ORDERED that, on or before July 30, 2021, the plaintiffs shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The plaintiffs must serve these documents and a copy of this order on the defendants, and file proof of such service with the Clerk of Court.

       IT IS FURTHER ORDERED that, on or before August 20, 2021, the defendants shall prepare and file any opposing memoranda, affidavits, and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiffs.

Dated:  New York, New York                   SO ORDERED:
          July 9, 2021

                                                          */s/ Kevin Nathaniel Fox*
                                                        KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE