USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO AYALA DE JESUS, FREDY SALUSTIO FLORES, individually and on behalf of others similarly situated,

                Plaintiffs,

        v.

P&N CUISINE INC., NIMNUAL LIKITUARIN,

                Defendants.

No. 20-CV-3619 (RA) (JW)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      For the reasons stated in the Court's August 11, 2022 Order, Judge Willis' July 13, 2022 Report and Recommendation is adopted in its entirety. Accordingly, Plaintiffs are awarded $135,942.00 in damages and $3,300.00 in attorneys' fees and costs. In addition, prejudgment interest shall be awarded as follows:

      1. For Plaintiff Ayala, prejudgment interest at a rate of 9% per year shall be applied to the sum of his damages on his unpaid wages claim and his spread-of-hours claim, which totals $38,156.00. Interest shall be computed from the date that will be determined by the Clerk of Court to be the midpoint between April 1, 2016 and the date preceding the date on which the final judgment is entered.

      2. For Plaintiff Salustio, prejudgment interest at a rate of 9% per year shall be applied to the sum of his damages on his unpaid wages claim and his spread-of-hours claim, which totals $19,315.00. Interest shall be computed from the date that will be determined by the Clerk of Court

to be the midpoint between December 1, 2017 and the date preceding the date on which the final judgment is entered.

    The Clerk of Court is respectfully directed to enter judgment as stated above.

SO ORDERED.

Dated:     August 15, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge