**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCISCO AYALA DE JESUS, FREDY
SALUSTIO FLORES, individually and on
behalf of others similarly situated,

                      Plaintiffs,                    20 **CIVIL** 3619 (RA)(JW)

       -against-                              **JUDGMENT**

P&N CUISINE INC., NIMNUAL LIKITUARIN,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 11, 2022, and the Court's Order dated August 15, 2022, as no objections to Judge Willis' Report were filed, the Court has reviewed the Report for clear error. After careful consideration of the record, the Court finds no error and has adopted the thorough and well-reasoned Report in its entirety. Plaintiffs are awarded $135,942.00 in damages and $3,300.00 in attorneys' fees and costs. In addition, prejudgment interest shall be awarded as follows: 1. For Plaintiff Ayala, prejudgment interest at a rate of 9% per year shall be applied to the sum of his damages on his unpaid wages claim and his spread-of-hours claim, which totals $38,156.00. Interest shall be computed from the date that will be determined by the Clerk of Court to be the midpoint between April 1, 2016 and the date preceding the date on which the final judgment is entered, in the amount of $21,902.59. 2. For Plaintiff Salustio, prejudgment interest at a rate of 9% per year shall be applied to the sum of his damages on his unpaid wages claim and his spread-of-hours claim, which totals $19,315.00. Interest shall be computed from the date that will be determined by the Clerk of Court to be the midpoint between December 1,

2017 and the date preceding the date on which the final judgment is entered, in the amount of

$8,186.91; accordingly, the case is closed.

**Dated:**  New York, New York
August 16, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

**BY:**  *K. Mango*

                                                **Deputy Clerk**